IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,  )
                                )  2:09-cv-03389-GEB-KJN
        Plaintiff,              )
                                )  <u>ORDER CONTINUING</u>
    v.                          )  <u>STATUS (PRETRIAL</u>
                                )  <u>SCHEDULING) CONFERENCE</u>
JUAN JOSE HERNANDEZ, INDIVIDUALLY )
and d/b/a MAZATLAN TACOS Y      )
MARISCOS aka MARISCOS MAZATLAN, )
                                )
        Defendant.              )
_____)

Plaintiff states in its Status Report ("SR") filed March 12, 2010, that "on March 11, 2010, the Clerk of the Court entered a default against Defendant Juan Jose Hernandez [("Hernandez")] pursuant to Plaintiff's request." (SR 2:12-13.) Plaintiff, however, has not addressed prosecuting a default matter before the Magistrate Judge as prescribed in a local rule, and indicates this case is to be scheduled as though it is not a default matter. **Plaintiff shall either file a motion for default judgment no later than 4:00 p.m. on April 30, 2010, or Show Cause in writing filed no later than 4:00 p.m. on April 30, 2010, why this case should not be dismissed for failure of prosecution.** If a hearing is requested on the Show Cause issue concerning the question of whether this case should be dismissed for failure of prosecution, it will be held on

1

May 24, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

Dated: March 25, 2010

GARLAND E. BURRELL, JR.
United States District Judge