IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | 2:09-cv-03389-GEB-KJN |
| Plaintiff, | ) | |
| | ) | <u>ORDER CONTINUING</u> |
| v. | ) | <u>STATUS (PRETRIAL</u> |
| | ) | <u>SCHEDULING) CONFERENCE</u> |
| JUAN JOSE HERNANDEZ, INDIVIDUALLY and d/b/a MAZATLAN TACOS Y MARISCOS aka MARISCOS MAZATLAN, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff states in its Status Report ("SR") filed March 12, 2010, that "on March 11, 2010, the Clerk of the Court entered a default against Defendant Juan Jose Hernandez [("Hernandez")] pursuant to Plaintiff's request." (SR 2:12-13.)  Plaintiff, however, has not addressed prosecuting a default matter before the Magistrate Judge as prescribed in a local rule, and indicates this case is to be scheduled as though it is not a default matter. **Plaintiff shall either file a motion for default judgment no later than 4:00 p.m. on April 30, 2010, or Show Cause in writing filed no later than 4:00 p.m. on April 30, 2010, why this case should not be dismissed for failure of prosecution.**  If a hearing is requested on the Show Cause issue concerning the question of whether this case should be dismissed for failure of prosecution, it will be held on

1

1  May 24, 2010, at 9:00 a.m., just prior to the status conference,
2  which is rescheduled to that date and time.  A status report shall
3  be filed fourteen (14) days prior to the status conference in which
4  Plaintiff is only required to explain the status of the default
5  judgment.

6  Dated:  March 25, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2