IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                               No. CIV. S-09-3389- GEB-KJN

    v.

JUAN JOSE HERNANDEZ, et al.,        <u>ORDER</u>

    Defendants.

_____/

    On May 14, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    Accordingly, the court presumes that any findings of fact are correct. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

1

1. The Proposed Findings and Recommendations filed May 14, 2010, are ADOPTED;

2. Plaintiff's application for default judgment against defendant Juan Jose Hernandez, individually and doing business as Mazatlan Tacos y Mariscos also known as Mariscos Mazatlan, is granted;

3. The court shall enter judgment against defendant on plaintiff's claims brought pursuant to 47 U.S.C. § 605(a) and 47 U.S.C. § 553(a);

4. The court awards statutory damages in the amount of $10,000.00 to plaintiff; and

5. This case is closed.

Dated: June 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2